**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1331**

In re:  ANTOINE HILL,

             Petitioner.

On Petition for Writ of Mandamus.  (3:07-cr-00407-REP-DJN-1)

Submitted:  June 20, 2017                    Decided:  June 22, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Antoine Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Hill petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. The district court's docket establishes that Hill's action is proceeding and reveals no undue delay in the district court. Accordingly, although we grant Hill's application to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*